IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| vs. | : CRIMINAL NO. 5:09-CR-5-HL |
| | : |
| JOHN LEE ANDERSON, III | : |
| | : |

ORDER TO BIFURCATE RESTITUTION HEARING

The government's Motion to Bifurcate Hearing to Determine a Final Order of Restitution from the Sentencing Hearing having been read and considered,

IT IS HEREBY ORDERED that the hearing to determine a final order of restitution be bifurcated from the sentencing hearing in this matter.  Sentencing in this matter is scheduled for June 16, 2009, and the restitution hearing shall be scheduled on a date not to exceed 90 days after sentencing, pursuant to 18 U.S.C. § 3664(d)(5).

SO ORDERED, this 16th day of June, 2009.

*s/  Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT